IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK RIVERA, | § | |
| | § | No. 206, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below – Superior Court |
| | § | of the State of Delaware, |
| v. | § | in and for Kent County |
| | § | in Cr. ID No. 0710015083 |
| STATE OF DELAWARE | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 13, 2014
Decided: August 15, 2014

Before **STRINE**, Chief Justice, **HOLLAND** and **RIDGELY**, Justices.

***O R D E R***

This 15th day of August 2014, having carefully considered the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, the Court has determined that the judgment of the Superior Court should be affirmed on the basis of the reasons stated in the Commissioner's Report and Recommendation dated November 13, 2013 that were adopted by the Superior Court in its Order dated April 14, 2014.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED. The judgment of the Superior Court is **AFFIRMED.**

BY THE COURT:

/s/ Randy J. Holland
Justice